UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION H-07-1812 |
| *versus* | § | (Claim:C107-00267/C107-00268) |
| | § | |
| NAPOLEON T. MILTON, | § | |
| | § | |
| Defendant | § | |

## Default Judgment

Because Napoleon T. Milton failed to answer after being served, the United States of America recovers:

Claim C107-00267:

| | |
|---|---|
| Principal Balance: | $ 8,576.36 |
| Total Interest Accrued (As of September 26, 2007) | $ 5,932.23 |
| Attorney's Fees | $    550.00 |
| Administrative fees, costs and penalties | $    350.00 |
| (Including $350.00 filing fee) | |
| | $15,408.59 |
| Less Credits (Debtor Payments) | $      0.00 |
| Total Owed | $15,408.59 |

Interest Rate:          8.00%
Daily Accrual:  $1.88

Claim C107-00268:

| | |
|---|---|
| Principal Balance: | $ 6,916.41 |
| Total Interest Accrued (As of September 26, 2007) | $ 4,173.93 |
| Attorney's Fees | $    550.00 |
| Administrative fees, costs and penalties | $      0.00 |
| | $11,640.34 |
| Less Credits (Debtor Payments) | $      0.00 |
| Total Owed | $11,640.34 |

Interest Rate:          8.09%
Daily Accrual:  $1.53

Post-judgment interest at 4.11 % per annum.

Plus costs private process server fees for service of Summons.    $   77.00
Plus Judgment Recording Fee.                                     $   18.00

**TOTAL:** $27,143.93

Signed on September 27, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge